UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent(s), | Cause No.: 3:16-cr-01476 (BEN)1 |
| Vs. | Civil Action No: |
| SERGIO MORA-ESPINOSA, Movant. | 3:18-cv-01462 |

MOTION FOR ENLARGEMENT OF TIME TO REPLY
TO GOVERNMENTS RESPONSE TO MOVANT'S
MOTION UNDER TITLE 28 USC SECTION 2255

COMES NOW, SERGIO MORA-ESPINOSA, Movant in the above styled and entitled cause of action who Respectfully moves this Honorable Court for an enlargement of time to prepare a Reply to the Government's Response to his Motion under 28 USC Section 2255.

In support of this Motion, Movant submits the following;

Movant needs additional time in which to obtain assistance in formulating a Reply to the Government's Response.

Movant MORA-ESPINOSA is requesting an Extension of Forty-five (45) days from the date of this pleading, December 3, 2018, in which to formulate and submit a reply.

Movant begs the indulgence of the court, he is proceeding pro se. and is without the skills required to litigate this pleadings and has to obtain assistance from Law

MOTION FOR EXTENSION - 1

Library Clerks at the Detention Center where he is housed who are under time and schedule constraints to research and assist in preparing the pleadings.

Movant requests of the court not to hold his motions to the stringent standards of learned professionals. In McNeil v. United States, 508 U.S. 106, 113 n. 10 (1993) [dicta] "We have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed ", citing Estelle v. Gamble. 429 U.S. 97, 106 (1976); also Haines v. Kerner, 404 U.S. 591, (1972)."Because the pro se litigant is far more prone to making errors in pleadings than the person who benefits from the representation of counsel," Noll, 809 F.2d at 1148, "[t]he Supreme Court has instructed the federal courts to liberally construe the 'inartful pleadings' of pro se litigants." Eldridge v. Block, 823 F.2d 1132, 1137 (9 Cir. 1987) (quoting Boag v. McDougall,454 U.S. 364,365 102 S.Ct. 700, 701, 70 L.Ed.2d 551 (1982); Hughes v. Rowe, 449 U.S. 5,9, 101 S.Ct. 173,66 L. Ed. 2d 163 (1980), (holding pro se motions and complaints to "less stringent standards than formal pleadings drafted by lawyers").

In addition, Movant pleads the indulgence of the court in that he does not have access to some of the documents outlined n the Governments Response. He requests that the court invoke Discovery under the Motion in forma pauperis and allow these documents to be forwarded to him at the court's expense. him

Movant submits that this Extension is requested for good cause and in good faith and is not intended to delay or impede the court in any manner.

WHEREFORE PREMISES CONSIDERED, Movant prays that the Court will;

Grant the Motion for an Extension of time to Reply to the Government's Response;

And Grant up and until, February 18, 2018, to prepare and enter a Reply.

Respectfully Submitted,

MOTION FOR EXTENSION - 2

1 | This 3rd day of December, 2018

_[signature]_
SERGIO MORA-ESPINOSA,
Movant, pro se
Fed. Reg. No: 56349-298
BSCC CEDAR HILL UNIT
3711 WRIGHT AVE.
BIG SPRING, TX. 78720

MOTION FOR EXTENSION - 3

# CERTIFICATE OF SERVICE

SERGIO MORA-ESPINOSA, Movant in the foregoing action state that on this 3rd day of December, 2018, I have caused to be served a true and correct copy of the following;

MOTION FOR ENLARGEMENT OF TIME TO REPLY
TO GOVERNMENTS RESPONSE TO MOVANT'S
MOTION UNDER TITLE 28 USC SECTION 2255

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

Lawrence A Casper
U S Attorneys Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

I have read the foregoing and state the facts under personal knowledge are true and correct.

Executed this 3rd day of December, 2018, under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

MOTION FOR EXTENSION - 4

SERGIO MORA-ESPINOSA,
Movant, pro se
Fed. Reg. No: 56349-298
BSCC CEDAR HILL UNIT
3711 WRIGHT AVE.
BIG SPRING, TX. 78720

MOTION FOR EXTENSION - 5