UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SERGIO MORA-ESPINOZA,<br><br>　　　　　　　　　Defendant. | Case No.: 3:16-cr-01476-BEN<br><br>**ORDER DENYING MOTIONS FOR COMPASSIONATE RELEASE**<br><br>[ECF Nos. 75, 76, 77, 78, 83] |

　　Movant Sergio Mora-Espinoza filed four *pro se* Motions for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF Nos. 75, 76, 78, and 83. He also filed a *pro se* Motion for Appointment of Counsel. ECF No. 77. The Motion was referred to Federal Defenders pursuant to General Order 692-B. ECF No. 79. On May 7, 2021, Federal Defenders filed a Status Report and did not request appointment on Movant's behalf. *See* ECF No. 81.

　　At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

　　In Movant's case, the reasons offered are not extraordinary and compelling. Moreover, he is currently serving an 87-month sentence for conspiracy to commit international money laundering in violation of 18 U.S.C. §1956(a)(2)(B)(i) and (h). Early release would fail to act as a deterrent to others and would not promote respect for the law. Therefore, the motion is **DENIED**.

　　**IT IS SO ORDERED.**

Date: May 11, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge